UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

CHARLES YUAM, et al.,

        Defendants.

Case No. 20-cv-08542-SVK

**ORDER TO SHOW CAUSE**

There having been no recent activity in this case, Plaintiff is ordered to file a statement no later than **July 20, 2021**, to show cause, if any, why the case should not be dismissed for failure to prosecute. The Parties are ordered appear for a hearing on this Order on **July 27, 2021 at 11:00 a.m.**

**SO ORDERED.**

Dated: June 30, 2021

SUSAN VAN KEULEN
United States Magistrate Judge