UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>          Plaintiff,<br>    v.<br>CHARLES YUAM, et al.,<br>          Defendants. | Case No. 20-cv-08542-SVK<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

There having been no recent activity in this case, Plaintiff is ordered to file a dismissal or statement no later than **April 19, 2022**, to show cause, if any, why the case should not be dismissed for failure to prosecute. The Parties are ordered to appear for a hearing on this order on **April 26, 2022, at 1:30 p.m.**

**SO ORDERED.**

Dated: April 4, 2022

SUSAN VAN KEULEN
United States Magistrate Judge